28361. FURLOW, administrator, *et al. v.* SANDERS, executor, *et al.*

FELTON, J. Neither an exception to an order overruling exceptions of law to an auditor's report nor an exception to an order overruling a motion to disregard, dismiss, and suppress an auditor's report is a final judgment reviewable by this court on a direct bill of exceptions. *Kency* v. *District Grand Lodge,* 148 *Ga.* 515 (97 S. E. 439); *Huson* v. *Bank of Covington,* 158 *Ga.* 434 (123 S. E. 742); *Lingo* v. *Rich,* 169 *Ga.* 628 (151 S. E. 387); *Murphy* v. *District Grand Lodge,* 148 *Ga.* 648 (97 S. E. 858); *Ansley Park Golf Club* v. *Anderson,* 179 *Ga.* 579 (176 S. E. 377); *Moncrief* v. *Rimer,* 181 *Ga.* 4 (181 S. E. 169); *Jordan* v. *Harber,* 182 *Ga.* 621 (186 S. E. 670); *Elder* v. *Phillips,* 58 *Ga. App.* 717 (199 S. E. 330). In the absence of an assignment of error on a final judgment in the case, the writ of error must be dismissed. Leave is granted to file the bill of exceptions as exceptions pendente lite in the court below.

*Writ of error dismissed, with direction. Stephens, P. J., and Sutton, J., concur.*

DECIDED MAY 24, 1940. REHEARING DENIED JUNE 17, 1940.

*Joel Cloud, Shackelford & Shackelford, C. S. Baldwin,* plaintiffs in error.

*Miles W. Lewis,* contra.